**United States Bankruptcy Court**
**for the District of Columbia**

**FILED**
JUL 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| In Re: PHILIP WAYNE DORTON | Case Number: 02-981 |
| Debtor(s) | |
| KEVIN R. MCCARTHY, TRUSTEE<br>Plaintiff(s) | Adversary Proceeding Number: 04-10028 |
| BMW BANK OF NORTH AMERICA<br>Defendant(s) | CASE NUMBER 1:05CV01409<br>JUDGE: Gladys Kessler<br>DECK TYPE: General Civil<br>DATE STAMP: 07/15/2005 |

TO:   Clerk, U.S. District Court for the District of Columbia

Transmitted herewith is the **Notice of Appeal** in the above-captioned adversary proceeding. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | |
|---|---|---|
| 25 | NOTICE OF APPEAL | KEVIN MCCARTHY, PLAINTIFF |
| 24 | JUDGMENT ORDER | JUDGE TEEL |
| 26 | DESIGNATION OF RECORD | KEVIN MCCARTHY, PLAINTIFF |
| 27 | STATEMENT OF ISSUES ON APPEAL | KEVIN R. MCCARTHY, PLAINTIFF |

**RECEIVED**
JUL 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

#1
USDC

The parties to the order appealed and their respective attorneys are as follows:

| Appellant/Plaintiff | Attorney |
| --- | --- |
| Kevin R. McCarthy | Kevin R. McCarthy<br>McCarthy & White, PLLC<br>8180 Greensboro Drive<br>Suite 875<br>McLean, VA 22102 |
| Appellee/Defendant | Attorney |
| BMW Bank of North America | Ronald Greer DeWald<br>Lipshultz And Hone, Chartered<br>8630 Fenton Street<br>Montgomery Center, Suite 108<br>Silver Spring, MD 20910 |

Denise H. Curtis, Clerk

Deputy Clerk
Doris Caine 565-2514

Please return a copy of this transmittal with the following information:

District Court Case Number:
        Judge Assigned:               [*Affix Label Here*]
        Date Stamp: