UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                    )
      PHILIP WAYNE DORTON,     )     Case No. 04-00151
                             )
          Debtor.               )
                             )
_____ )
                             )
KEVIN R. MCCARTHY, TRUSTEE,     )
                             )
          Plaintiff,             )
                             )
      vs.                       )     A.P. No. 04-10028
                             )
BMW BANK OF NORTH AMERICA     )
                             )
          Defendant.          )
                             )
_____ )

TRUSTEE'S NOTICE OF APPEAL

Kevin R. McCarthy, Trustee, appeals under 28 U.S.C. 158(a) or (b) from the Judgment of

S. Martin Teel, Jr., United States Bankruptcy Judge, entered in this Adversary Proceeding on

June 22, 2005.

The names of all parties to the judgment and the names, addresses, and telephone

numbers of their respective attorneys are as follows:

1) Plaintiff: Kevin R. McCarthy, Trustee; Plaintiff's attorney: Kevin R. McCarthy, McCarthy
& White, PLLC, 8180 Greensboro Drive, Suite 875, McLean, VA 22102, 703-770-9261.

2) Defendant: BMW Bank of North America; Defendant's attorney: Ronald G. DeWald,
Lipshultz and Hone, Chartered, Suite 108 – Montgomery Center, 8630 Fenton Street, Silver
Spring, MD 20910, 301-587-8500.

Dated: 6/23/05

/s/ Kevin R. McCarthy
Kevin R. McCarthy, No. 218149
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102
(703) 770-9261
Attorneys for Trustee

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2005 I mailed a copy of the foregoing to the following:

Ronald G. DeWald, Esq.
Lipshultz & Hone, Chartered
8630 Fenton Street
Suite 108 - Montgomery Center
Silver Spring, MD 20910

U.S. Trustee
115 S. Union St., Suite 210
Alexandria, VA 22314

/s/ Kevin R. McCarthy
Kevin R. McCarthy

2