The Judgment below is hereby signed. Dated: June 21, 2005.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re | ) |
| | ) |
| PHILIP WAYNE DORTON, | ) Case No. 04-00151 |
| | ) (Chapter 7) |
| Debtor. | ) |
| | ) |
| KEVIN R. McCARTHY, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary Proceeding |
| | ) No. 04-10028 |
| BMW BANK OF NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |

JUDGMENT

In accordance with a decision of this date, it is

ORDERED and ADJUDGED that the plaintiff take nothing, that this proceeding be dismissed on the merits, and that the defendant, BMW Bank of North America, recover of the plaintiff, Kevin R. McCarthy, trustee of the debtor's estate under chapter 7 of the Bankruptcy Code, its costs of this proceeding.

[_Signature appears above_]
S. Martin Teel, Jr.
United States Bankruptcy Judge

#24

Copies to:

Kevin R. McCarthy, Esq.

Ronald G. DeWald, Esq.

U.S. Trustee