UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re: )
   PHILIP WAYNE DORTON, ) Case No. 04-00151
)
   Debtor. )
)
_____)
)
KEVIN R. MCCARTHY, TRUSTEE, )
)
   Plaintiff, )
)
vs. ) A.P. No. 04-10028
)
BMW BANK OF NORTH AMERICA )
)
   Defendant. )
)
_____)

**TRUSTEE'S DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD
AND STATEMENT OF ISSUES TO TE PRESENTED**

A. Items To Be Included In Record:

1. Complaint (D.E. 1).

2. Answer (D.E. 5).

3. Motion for Summary Judgment (D.E. 8).

4. Opposition (D.E. 10).

5. Reply (D.E. 11).

6. Opinion (D.E. 15).

7. Order (D.E. 16).

8. Order (D.E. 17).

9. Brief (D.E. 20).

10. Memorandum (D.E. 21).

#26

11. Reply (D.E. 22).

12. Opinion (D.E. 23).

13. Judgment (D.E. 24).

B. Statement Of The Issues To Be Presented:

1. Whether the Defendant's security interest in a consumer-purchased motor vehicle was perfected under the common law rule of first in time is first in right prior to issuance of the certificate of title for the vehicle.

2. Whether the common rule of first in time is first in right provides a method of perfection of a security interest in a consumer-purchased motor, even though Section 9-308 of the District's Uniform Commercial Code requires, as a condition of perfection, satisfaction of "all of the applicable requirements for perfection in §§ 28:9-310 through 28:9-316" and no requirements under those sections have been satisfied.

3. Whether the requirements for perfection in §§ 28:9-310 through 28:9-316 of the District's Uniform Commercial Code are the exclusive method of perfection of a security interest in a consumer-purchased motor vehicle and preclude resort to the common law rule of first in time is first in right.

4. Whether Comment No. 5 to Section 9-311 of the District's Uniform Commercial Code makes it clear there is an unperfected gap period under the District's DMV statute, D.C. Code §§ 50-1201 et seq.

5. Whether the District's DMV statute in D.C. Code § 50-1202 governs the priority of judicial liens relative to consensual security interests.

6. Whether the Bankruptcy Court erred in ruling that a security interest in a consumer purchased motor vehicle has priority over the preference rights of a bankruptcy trustee as a

judicial lien creditor notwithstanding the failure of the security interest to be perfected under any of the express requirements of the District's Uniform Commercial Code or the District's DMV statute until within the preference period.

Dated: 6/23/05

/s/ Kevin R. McCarthy
Kevin R. McCarthy, No. 218149
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102
(703) 770-9261
Attorneys for Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2005 I mailed a copy of the foregoing to the following:

Ronald G. DeWald, Esq.
Lipshultz & Hone, Chartered
8630 Fenton Street
Suite 108 - Montgomery Center
Silver Spring, MD 20910

U.S. Trustee
115 S. Union St., Suite 210
Alexandria, VA 22314

/s/ Kevin R. McCarthy
Kevin R. McCarthy