**DEFER**

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Bankruptcy Petition #: 04-00151
#### Internal Use Only

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
Chapter 7
Voluntary
Asset

*Date Filed:* 01/30/2004
*Date Discharged:* 05/10/2004

**Philip Wayne Dorton**
4000 Cathedral Avenue, N.W.
#63B
Washington, DC 20016
SSN: 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
*Debtor*

represented by **Thomas Lester**
Law Office of Calvin Steinmetz
2141 P Street, NW #103
Washington, DC 20037
(202) 861-0077

**Kevin R. McCarthy**
McCarthy & White, PLLC
8180 Greensboro Drive
Suite 875
McLean, VA 22102
703-770-9261
*Trustee*

represented by **McCarthy & White, PLLC**
McCarthy & White, PLLC
8180 Greensboro Drive
Suite 875
McLean, VA 22102
703-770-9260
Fax : 703-770-9266
Email: krm@mccarthywhite.com

| Filing Date | # | Docket Text |
|---|---|---|
| 01/30/2004 | 1 | Chapter 7 Voluntary Petition . Fee Amount $209 Filed by Philip Wayne Dorton Government Proof of Claim due by 7/28/2004. (kn) (Entered: 01/30/2004) |
| 01/30/2004 |   | First Meeting of Creditors with 341(a) meeting to be held on 03/04/2004 at 01:30 PM at U.S. Trustee's Meeting Room. Objections for Discharge due by 05/03/2004. (kn) (Entered: 01/30/2004) |
| 01/30/2004 | 2 | Receipt of Chapter 7 Filing Fee - $209.00 by KN. Receipt Number 00061246. Payment received from LAW OFFICE OF CALVIN STEINMETZ. (Entered: 01/30/2004) |
| 01/30/2004 | 3 | Notice to Consumer Debtor Filed by Thomas Lester on behalf of Philip Wayne Dorton . (lc) (Entered: 02/03/2004) |

| | | | |
|---|---|---|---|
| 01/30/2004 | | 4 | Schedules A-J Filed by Philip Wayne Dorton . (lc) (Entered: 02/03/2004) |
| 01/30/2004 | | 5 | Statement of Financial Affairs Filed by Philip Wayne Dorton . (lc) (Entered: 02/03/2004) |
| 01/30/2004 | | 6 | Statement of Intent. Filed by Philip Wayne Dorton . (lc) (Entered: 02/03/2004) |
| 01/30/2004 | | 7 | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 800 Filed by Thomas Lester on behalf of Philip Wayne Dorton . (lc) (Entered: 02/03/2004) |
| 01/30/2004 | | 8 | Debtor's Mailing Matrix and Verification Filed by Philip Wayne Dorton . (lc) (Entered: 02/03/2004) |
| 02/03/2004 | | 9 | First Meeting of Creditors Notice Generated and Sent to BNC (lc) (Entered: 02/03/2004) |
| 02/05/2004 | | 10 | BNC Certificate of Mailing - First Meeting of Creditors. Service Date 02/05/2004. (Related Doc # 9) (Admin.) (Entered: 02/06/2004) |
| 02/23/2004 | | 11 | Notice of Appearance and Request to Add Party to Mailing Matrix Filed by Barbara K. Hamilton counsel for creditor American Express Centurion Bank . (dc) (Entered: 02/24/2004) |
| 03/11/2004 | | 12 | 454 (Recover Money/Property): Complaint by Kevin R. McCarthy against BMW Bank of North America . Fee Amount $0.00 Answer to Complaint due by 4/10/2004. (kn) (Entered: 03/11/2004) |
| 03/11/2004 | | 13 | Application to Employ (Kevin R. McCarthy and McCarthy & White, PLLC as Attorney for the Trustee) Filed by Kevin R. McCarthy (dc) (Entered: 03/12/2004) |
| 03/11/2004 | | 14 | Trustee's Letter to Clerk Regarding Notice of Possible Dividends Filed by trustee Kevin R. McCarthy (dc) (Entered: 03/12/2004) |
| 03/12/2004 | | 15 | Notice of Possible Dividends (Re: Related Document(s) #:14 Trustee's Letter to Clerk Regarding Notice of Possible Dividends.) (dc) (Entered: 03/12/2004) |
| 03/14/2004 | | 16 | BNC Certificate of Mailing - Notice. Service Date 03/14/2004. (Related Doc # 15) (Admin.) (Entered: 03/15/2004) |
| 03/16/2004 | | 17 | BNC Certificate of Service - Notice of Possible Dividends. (Re: Related Document(s) #:15 Notice of Possible Dividends.) Proofs of Claim due by 6/10/2004 (dc) (Entered: 03/16/2004) |

| | | |
|---|---|---|
| 03/18/2004 | | Praecipe Requesting ( DEFERRAL OF FILING FEE IN ADVERARY PROCEEDING CASE NO. 04-10028 (Fee Deferred $150.00) (Re: Related Document(s) #:12 Complaint.) (dc) Modified on 3/18/2004 (pm). (Entered: 03/18/2004) |
| 04/02/2004 | 18 | 341 Meeting of Creditors Held (Re: Related Document(s) #: First Meeting of Creditors (Chapter 7)) (dc) Modified on 4/5/2004 (pm). CORRECTED ENTRY: PLEASE DISREGARD THIS ENTRY. DOCKETED IN ERROR TO THE WRONG CASE (Entered: 04/02/2004) |
| 04/02/2004 | 19 | Amended Matrix, Modifying Creditors/Change of Creditor's Name or Address) Filed by debtor Philip Wayne Dorton --Creditor Delta Sky Miles Card(dc) (Entered: 04/02/2004) |
| 04/02/2004 | 20 | Notice to Creditor Re Amendment Filed by Thomas Lester on behalf of Philip Wayne Dorton . (Re: Related Document(s) #:19 Amended Matrix modifying Creditors) (dc) (Entered: 04/02/2004) |
| 04/06/2004 | | Attorney McCarthy & White for Kevin R. McCarthy added to case. (dc) (Entered: 04/06/2004) |
| 04/06/2004 | 21 | Order Granting Application to Employ Kevin R. McCarthy and McCarthy & White PLLC as counsel for Trustee (Related Document #: 13) Entered on 4/6/2004. (dc) (Entered: 04/06/2004) |
| 04/08/2004 | 22 | BNC Certificate of Mailing - PDF Document. Service Date 04/08/2004. (Related Doc # 21) (Admin.) (Entered: 04/09/2004) |
| 05/10/2004 | 23 | Order Discharging Debtor (Related Document(s) #: First Meeting of Creditors (Chapter 7).) Order entered on 5/10/2004. (dc) (Entered: 05/10/2004) |
| 05/12/2004 | 24 | BNC Certificate of Mailing - Order of Discharge. Service Date 05/12/2004. (Related Doc # 23) (Admin.) (Entered: 05/13/2004) |
| 07/20/2004 | | U. S. Trustee for Region Four, Party to Case added to case. (be) (Entered: 07/20/2004) |



CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY: