APPEAL

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Adversary Proceeding #: 04-10028
Internal Use Only

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.  
*Related BK Case:* 04-00151  
*Related BK Title:* Philip Wayne Dorton  
*Demand:*  
*Nature of Suit:* 454

*Date Filed:* 03/11/04

**Plaintiff**
-----------------------

**Kevin R. McCarthy**  
McCarthy & White, PLLC  
8180 Greensboro Drive  
Suite 875  
McLean, VA 22102  
703-770-9261

represented by **Kevin R. McCarthy**  
McCarthy & White, PLLC  
8180 Greensboro Drive  
Suite 875  
McLean, VA 22102  
703-770-9261  
Fax : 703-770-0000  
Email: krm@mccarthywhite.com

V.

**Defendant**
-----------------------

**BMW Bank of North America**  
Attn: David W. Paul, President  
2735 E. Parley's Way  
Suite 301  
Salt Lake City, UT 84109

represented by **Ronald Greer DeWald**  
Lipshultz And Hone, Chartered  
8630 Fenton Street  
Montgomery Center, Suite 108  
Silver Spring, MD 20910  
(301) 587-8500  
Email: rdewald@lhlegal.com  
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/11/2004 | 1 | 454 (Recover Money/Property): Complaint by Kevin R. McCarthy against BMW Bank of North America . Fee Amount $0.00 Answer to Complaint due by 4/10/2004. (kn) Additional attachment(s) added on 3/11/2004 (be). (Entered: 03/11/2004) |

| 03/11/2004 | 2 | Trustee's Request to Defer Payment Filed by Trustee Kevin R. McCarthy (Re: Related Document(s) #:1 Complaint.) (dc) (Entered: 03/11/2004) |
|---|---|---|
| 03/12/2004 | 3 | Summons Issued on BMW Bank of North America of Attn: David W. Paul, President. Number of Summons Issued: 1. Status Hearing to be held on 5/19/2004 at 09:30 AM Courtroom 24. (sm) (Entered: 03/12/2004) |
| 03/17/2004 | 4 | Summons Service Executed on defendant-- BMW Bank of North America--Attention David W. Paul, President 3/16/2004 (dc) (Entered: 03/18/2004) |
| 05/03/2004 | 5 | Answer to Complaint Filed by Defendant BMW Bank of North America (dc) (Entered: 05/05/2004) |
| 05/05/2004 | | Attorney Ronald G. DeWald for BMW Bank of North America added to case. (See Answer DE 5) (dc) (Entered: 05/05/2004) |
| 05/21/2004 | 6 | Scheduling Order Order entered on 5/21/2004.Discovery due by 9/24/2004. Motions due 10/22/2004. Pre-Trial Conference set for 12/15/2004 at 09:30 AM Courtroom 24 (sm) (Entered: 05/21/2004) |
| 05/23/2004 | 7 | BNC Certificate of Mailing - PDF Document. Service Date 05/23/2004. (Related Doc # 6) (Admin.) (Entered: 05/24/2004) |
| 09/08/2004 | 8 | Motion For Summary Judgment Filed by Kevin R. McCarthy (Attachments: # 1 Exhibit Exhibits A & B) (xMcCarthy1, Kevin) (Entered: 09/08/2004) |
| 09/08/2004 | 9 | Notice of Opportunity to Object Filed by Kevin R. xMcCarthy1 on behalf of Kevin R. McCarthy. (Re: Related Document(s) #:8 Motion for Summary Judgment.) Objections due by 9/19/2004. (xMcCarthy1, Kevin) (Entered: 09/08/2004) |
| 09/22/2004 | 10 | Opposition to (Trustee's Motion for Summary Judgment) Filed by Ronald G. Dewald counsel for BMW Bank of North America (Re: Related Document(s) #:8 Motion for Summary Judgment.) (dc) (Entered: 09/23/2004) |
| 09/23/2004 | | Document Transmitted to Chambers (Re: Related Document(s) #:8 Motion for Summary Judgment, 10 Opposition) (dc) (Entered: 09/23/2004) |
| 09/28/2004 | 11 | Reply *Of Trustee To Defendant's Opposition to Motion For Summary Judgment* Filed by Kevin R. McCarthy (Re: Related Document(s) #:10 Opposition.) (Attachments: # 1 Exhibit Brief-Opinion# 2 List of 20 Largest Creditors Statement of Intention - Stone# 3 Exhibit Statement of |

| | | |
|---|---|---|
| | | Intention - Dorton) (xMcCarthy1, Kevin) (Entered: 09/28/2004) |
| 11/12/2004 | 🌐 12 | Motion to Extend Time Period *To File Pretrial Statements And To Continue Pretrial Conference*. Filed by Kevin R. McCarthy (xMcCarthy1, Kevin) (Entered: 11/12/2004) |
| 12/02/2004 | | Document Transmitted to Chambers (Re: Related Document(s) #:12 Motion to Extend/Shorten Time and Continue Pre-Trial Hearing) (dc) (Entered: 12/02/2004) |
| 12/16/2004 | 🌐 13 | Order Granting Motion to Extend Deadline for filing Pretrial Statements and Continuing PreTrial Conference (Related Document #: 12) Entered on 12/16/2004. (dc) (See Order for further details) (Entered: 12/16/2004) |
| 12/16/2004 | | Deadlines Terminated (Pretrial , See Order DE 13) (dc) (Entered: 12/16/2004) |
| 12/18/2004 | 🌐 14 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:13 Order on Motion to Extend Time) No. of Notices: 2. Service Date 12/18/2004. (Admin.) (Entered: 12/19/2004) |
| 05/03/2005 | 🌐 15 | Opinion Regarding Plaintiff's Motion For Summary Judgment(Related Document(s) #:8 Motion for Summary Judgment.) Order entered on 5/3/2005. (kt) (Entered: 05/03/2005) |
| 05/03/2005 | 🌐 16 | Order Denying Motion For Summary Judgment (Related Document #: 8) Entered on 5/3/2005. (kt) (Entered: 05/03/2005) |
| 05/03/2005 | 🌐 17 | Order For The Plaintiff to Show Cause Why Summary Judgment Ought Not Be Entered In Favor of The Defendant Order entered on 5/3/2005.Responses due by 5/24/2005. (kt) (Entered: 05/03/2005) |
| 05/05/2005 | 🌐 18 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:15 Memorandum Decision) No. of Notices: 3. Service Date 05/05/2005. (Admin.) (Entered: 05/06/2005) |
| 05/05/2005 | 🌐 19 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:16 Order on Motion For Summary Judgment) No. of Notices: 3. Service Date 05/05/2005. (Admin.) (Entered: 05/06/2005) |
| 05/23/2005 | 🌐 20 | Brief Filed by Kevin R. McCarthy. (Re: Related Document(s) #:15 Memorandum Decision, 16 Order on Motion For Summary Judgment, 17 Order to Show Cause.) (Attachments: # 1 Exhibit)(McCarthy, Kevin) (Entered: 05/23/2005) |
| 05/24/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:20 Brief) FYI (tg) (Entered: 05/24/2005) |

| Date | | Doc # | Description |
|---|---|---|---|
| 05/31/2005 | | | Document Transmitted to Chambers (Re: Related Document(s) #:8 Motion for Summary Judgment, 10 Opposition, 11 Reply, ) (dc) (Entered: 05/31/2005) |
| 06/06/2005 | 🌑 | 21 | Support Document Re: *Memorandum Regarding Denial of Summary Judgment* Filed by BMW Bank of North America. (Re: Related Document(s) #:15 Memorandum Decision.) (DeWald, Ronald) (Entered: 06/06/2005) |
| 06/07/2005 | | | Document Transmitted to Chambers (Re: Related Document(s) #:21 Support Document, 20 Brief, 15 Memorandum Decision, 16 Order on Motion For Summary Judgment) (dc) (Entered: 06/07/2005) |
| 06/11/2005 | 🌑 | 22 | Reply Filed by Kevin R. McCarthy (Re: Related Document(s) #:15 Memorandum Decision, 16 Order on Motion For Summary Judgment, 17 Order to Show Cause.) (McCarthy, Kevin) (Entered: 06/11/2005) |
| 06/22/2005 | 🌑 | 23 | Opinion Regarding Dismissal of Adversary Proceeding (Related Document(s) #:1 Complaint.) Order entered on 6/22/2005. (kt) (Entered: 06/22/2005) |
| 06/22/2005 | 🌑 | 24 | Judgment That This Proceeding Be Dismissed on the merits that the defendant, BMW Bank of North America, recover of the plaintiff, Kevin McCarthy, its costs of this proceeding. Order entered on 6/22/2005. (kt) (Entered: 06/22/2005) |
| 06/23/2005 | 🌑 | 25 | Notice of Appeal. Fee Amount $255 Filed by Kevin R. McCarthy (Re: Related Document(s) #:24 Judgment.) Appellant Designation due by 7/4/2005 for 24,. (McCarthy, Kevin) (Entered: 06/23/2005) |
| 06/23/2005 | 🌑 | 26 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Kevin R. McCarthy (Re: Related Document(s) #:25 Notice of Appeal.) Appellee designation due by 7/4/2005 for 25,. Transmission of Designation Due by 7/25/2005 for 25,. (McCarthy, Kevin) (Entered: 06/23/2005) |
| 06/23/2005 | 🌑 | 27 | Statement of Issues on Appeal, Filed by Kevin R. McCarthy (Re: Related Document(s) #:25 Notice of Appeal.) (McCarthy, Kevin) (Entered: 06/23/2005) |
| 06/23/2005 | | | Notice of Appeal (MAILED BY THE COURT) to Ronald G. DeWald, Esq and U.S. Trustee (dc) (Entered: 06/23/2005) |
| 06/23/2005 | | 28 | Receipt of Notice of Appeal(04-10028) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number270690. Fee Amount 255.00 (U.S. Treasury) (Entered: 06/23/2005) |

Case 1:05-cv-01409-GK   Document 1-6   Filed 07/15/2005   Page 5 of 5

| 06/24/2005 | | 29 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:23 Memorandum Decision) No. of Notices: 2. Service Date 06/24/2005. (Admin.) (Entered: 06/25/2005) |
|---|---|---|---|
| 06/24/2005 | | 30 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:24 Judgment) No. of Notices: 3. Service Date 06/24/2005. (Admin.) (Entered: 06/25/2005) |

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY: Dons Ca___