UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*********************************************

| | |
|---|---|
| In re: | |
| PHILIP WAYNE DORTON, | Chapter 7 |
| Debtor(s). | |

*********************************************

| | |
|---|---|
| KEVIN R. McCARTHY, TRUSTEE, | |
| Appellant, | |
| vs. | Case No. 1:05-cv-01409 |
| | Judge Gladys Kessler |
| BMW BANK OF NORTH AMERICA, | |
| Appellee. | |

*********************************************

TRUSTEE'S NOTICE OF APPEAL
TO UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Plaintiff Kevin R. McCarthy, Trustee, appeals to the United States Court of Appeals for the District of Columbia Circuit from the final Order of the United States District Court for the District of Columbia entered in this case on August 8, 2006 affirming the Judgment of S. Martin Teel, Jr., United States Bankruptcy Judge, entered in Adversary Proceeding No. 04-10028 on June 22, 2005.

The names of all parties to the judgment and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1) Plaintiff: Kevin R. McCarthy, Trustee; Plaintiff's attorney: Kevin R. McCarthy, McCarthy & White, PLLC, 8180 Greensboro Drive, Suite 875, McLean, VA 22102, 703-770-9261.

2)  Defendant:  BMW Bank of North America; Defendant's attorney:  Ronald G. DeWald, Lipshultz and Hone, Chartered, Suite 108 – Montgomery Center, 8630 Fenton Street, Silver Spring, MD 20910, 301-587-8500.


Dated:  9/5/06            /s/ Kevin R. McCarthy
                          Kevin R. McCarthy, No. 218149
                          McCarthy & White, PLLC
                          8180 Greensboro Drive - Suite 875
                          McLean, VA 22102
                          (703) 770-9261
                          Attorneys for Trustee

CERTIFICATE OF SERVICE

   I hereby certify that on this 5th day of September, 2006 I mailed a copy of the foregoing to the following:

Ronald G. DeWald, Esq.
Lipshultz & Hone, Chartered
8630 Fenton Street
Suite 108 - Montgomery Center
Silver Spring, MD 20910

U.S. Trustee
115 S. Union St., Suite 210
Alexandria, VA 22314


                          /s/ Kevin R. McCarthy
                          Kevin R. McCarthy