UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**KEVIN R. McCARTHY, Trustee,** :
:
        **Appellant,** :
:
    **v.** :   Civil Action No. 05-1409 (GK)
:
**BMW BANK OF NORTH AMERICA,** :
:
        **Appellee,** :

**ORDER**

Upon consideration of the November 23, 2007 Order of the Court of Appeals, it is this 8th day of January 2007, hereby

**ORDERED** that the parties shall submit praecipes by **February 1, 2008** concerning how the parties wish to proceed in light of the order of the Court of Appeals.


/s/
Gladys Kessler
United States District Judge


**Copies to: Attorneys of record via ECF**