# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7155**                                                **September Term, 2007**

KEVIN R. MCCARTHY, TRUSTEE,
    APPELLANT

v.

BMW BANK OF NORTH AMERICA,
    APPELLEE



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  NOV 2 3 2007

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01409)

---

Before: HENDERSON, RANDOLPH and BROWN, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed and the case is remanded, in accordance with the opinion of the court filed herein this date.

*Per Curiam*

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk

Date: November 23, 2007

Opinion for the court filed by Circuit Judge Randolph.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk