UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:     *

PHILIP WAYNE DORTON,     *     Chapter 7

        Debtor(s).     *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KEVIN R. McCARTHY, TRUSTEE,     *

        Appellant,     *

    vs.     *     Case No. 1:05-cv-01409
            *     Judge Gladys Kessler
BMW BANK OF NORTH AMERICA,     *

        Appellee.     *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRUSTEE'S PRAECIPE IN RESPONSE TO COURT'S ORDER DATED JANUARY 8, 2008

On January 8, 2008 the Court ordered the parties to submit a praecipe by February 1, 2008 "concerning how the parties wish to proceed in light of the order of the Court of Appeals." The Trustee has been in contact with the Appellee's attorney about a possible settlement, but those discussions have been sidetracked by a catastrophic flooding of the office of Appellee's attorney. Therefore, the Trustee believes the Court should either give the parties an additional month in which to see if they are able to settle or simply remand the case to the Bankruptcy Court for further proceedings in accordance with the opinion and judgment of the U.S. Court of Appeals dated November 23, 2007. In either event, the Trustee asks the court to tax as costs the fee for filing the notice of appeal, pursuant to Federal Rule of Appellate Procedure 39(e). The fee for filing the notice of appeal was $455. A bill of costs for the filing fee is being simultaneously filed with the Court. The U.S. Court of Appeals previously taxed $653.07 in

costs against the Appellee. According to Federal Rule of Appellate Procedure 39(d)(3), such costs taxed in the U.S. Court of Appeals must be added to the mandate upon request of the circuit court clerk. The Trustee does not know whether this request has been made, but asks the district court clerk to add such costs to the mandate. The Trustee does not believe it is appropriate to include the costs taxed by the appellate court in the bill of costs to be taxed by this Court, but if this is incorrect he requests the Court to add $653.07 to the $455 bill of costs the Trustee has filed in this Court.

Dated: 2/1/08            Respectfully submitted,

/s/ Kevin R. McCarthy
Kevin R. McCarthy, No. 218149
McCarthy & White, PLLC
8180 Greensboro Drive - Suite 875
McLean, VA 22102
(703) 770-9261
Attorneys for Trustee

CERTIFICATE OF SERVICE

  I hereby certify that on this 1st day February 1, 2008 I mailed a copy of the foregoing to the following:

Ronald G. DeWald, Esq.
Lipshultz & Hone, Chartered
8630 Fenton Street
Suite 108 - Montgomery Center
Silver Spring, MD 20910

U.S. Trustee
115 S. Union St., Suite 210
Alexandria, VA 22314

                /s/ Kevin R. McCarthy
                Kevin R. McCarthy