UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: <br> **PHILIP WAYNE DORTON,** <br><br> Debtor(s), | : <br> : <br> : <br> : <br> : | |
| **KEVIN R. McCARTHY, TRUSTEE,** <br><br> Appellant, <br><br> v. <br><br> **BMW BANK OF NORTH AMERICA,** <br><br> Appellee, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 05-1409 (GK) |

## ORDER

On February 1, 2008, the Trustee, in response to the Court's Order of January 8, 2008, filed a *praecipe* regarding further proceedings in this case. Upon consideration of the information contained in that *praecipe*, it is this 4th day of February, 2008, hereby

**ORDERED,** that the parties may have an additional month in which to try to resolve this case and shall report back to the Court on the progress they are making no later than **March 10, 2008**; and it is further

**ORDERED**, that the Trustee's request that the Court tax as costs against Appellee the fees for filing a Notice of Appeal is **denied without prejudice**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**