UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
*********************************
In re:                          *
                                *
PHILIP WAYNE DORTON,            *   Chapter 7
                                *
        Debtor(s).              *
*********************************
                                *
KEVIN R. McCARTHY, TRUSTEE,     *
                                *
            Appellant,          *
                                *
    vs.                         *   Case No. 1:05-cv-01409
                                *   Judge Gladys Kessler
BMW BANK OF NORTH AMERICA,      *
                                *
            Appellee.           *
                                *
*********************************
```

TRUSTEE'S PRAECIPE IN RESPONSE TO COURT'S ORDER DATED FEBRUARY 4, 2008

On February 4, 2008 the Court ordered the parties to report to the Court by March 10, 2008 "on the progress they are making." During the prior month, the Trustee made a settlement proposal to which BMW Bank responded on March 10, 2008. BMW Bank has authorized the Trustee to represent to the Court that both parties request an additional month to determine if they are able to reach a settlement.

Dated:  3/10/08             Respectfully submitted,


                            /s/ Kevin R. McCarthy
                            Kevin R. McCarthy, No. 218149
                            McCarthy & White, PLLC
                            8180 Greensboro Drive - Suite 875
                            McLean, VA 22102
                            (703) 770-9261
                            Attorneys for Trustee

CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of March, 2008 I mailed a copy of the foregoing to the following:

Ronald G. DeWald, Esq.
Lipshultz & Hone, Chartered
8630 Fenton Street
Suite 108 - Montgomery Center
Silver Spring, MD 20910

U.S. Trustee
115 S. Union St., Suite 210
Alexandria, VA 22314

                                                /s/ Kevin R. McCarthy
                                                Kevin R. McCarthy