UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | : |
| | : |
| **PHILIP WAYNE DORTON,** | : |
| | : |
| Debtor(s). | : |
| ——————————————— | : |
| | : |
| **KEVIN R. McCARTHY, Trustee,** | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 05-1409 (GK) |
| | : |
| **BMW BANK OF NORTH AMERICA,** | : |
| | : |
| Appellee. | : |

## ORDER

It is this 10th day of March, 2008 hereby

**ORDERED**, that the parties shall file a further Status Report by **April 10, 2008**, informing the Court of whether they have reached a settlement.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**