UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
*******************************************
In re:                                    *
                                          *
PHILIP WAYNE DORTON,                      *    Chapter 7
                                          *
         Debtor(s).                       *
*******************************************
                                          *
KEVIN R. McCARTHY, TRUSTEE,               *
                                          *
                    Appellant,            *
                                          *
     vs.                                  *    Case No. 1:05-cv-01409
                                          *    Judge Gladys Kessler
BMW BANK OF NORTH AMERICA,                *
                                          *
                    Appellee.             *
                                          *
*******************************************
```

TRUSTEE'S PRAECIPE IN RESPONSE TO COURT'S ORDER DATED MARCH 10, 2008

On March 10, 2008 the Court ordered the parties to report to the Court by April 10, 2008 "informing the Court of whether they have reached a settlement." Based on an e-mail exchange and a conversation with BMW Bank's attorney on April 9, 2008, the Trustee believes that the parties have reached an agreement in principle that, once implemented, will enable him to advise the Court that he has been paid in full and that this case may be dismissed. However, certain details remain to be worked out, and, even if they are, payment will have to be made before this

case is ripe for dismissal. Therefore, the Trustee requests an additional month to submit a report to the Court on whether those events occur.

Dated: 4/09/08             Respectfully submitted,


                /s/ Kevin R. McCarthy
                Kevin R. McCarthy, No. 218149
                McCarthy & White, PLLC
                8180 Greensboro Drive - Suite 875
                McLean, VA 22102
                (703) 770-9261
                Attorneys for Trustee

CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of April, 2008 I mailed a copy of the foregoing to the following:

Ronald G. DeWald, Esq.
Lipshultz & Hone, Chartered
8630 Fenton Street
Suite 108 - Montgomery Center
Silver Spring, MD 20910

U.S. Trustee
115 S. Union St., Suite 210
Alexandria, VA 22314

                                            /s/ Kevin R. McCarthy
                                            Kevin R. McCarthy