UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*********************************************
In re:                                      *
                                            *
PHILIP WAYNE DORTON,                        *   Chapter 7
                                            *
          Debtor(s).                        *
*********************************************
                                            *
KEVIN R. McCARTHY, TRUSTEE,                 *
                                            *
          Appellant,                        *
                                            *
vs.                                         *   Case No. 1:05-cv-01409
                                            *   Judge Gladys Kessler
BMW BANK OF NORTH AMERICA,                  *
                                            *
          Appellee.                         *
                                            *
*********************************************

TRUSTEE'S SUPPLEMENTAL RESPONSE TO
COURT'S ORDER DATED MARCH 10, 2008

On March 10, 2008 the Court ordered the parties to report to the Court by April 10, 2008 "informing the Court of whether they have reached a settlement." On April 9, 2008 the Trustee informed the Court that he believed the parties had reached an agreement in principle that, once implemented, would enable him to advise the Court he had been paid in full and this case could be dismissed. The Trustee now has been paid $16,500 by the Appellee. This amount includes all sums including costs to which the Trustee is entitled, and this case may now be dismissed because no further proceedings are necessary.

Dated:  6/04/08	Respectfully submitted,


	/s/ Kevin R. McCarthy
	Kevin R. McCarthy, No. 218149
	McCarthy & White, PLLC
	8180 Greensboro Drive - Suite 875
	McLean, VA 22102
	(703) 770-9261
	Attorneys for Trustee

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2008 I mailed a copy of the foregoing to the following:

Ronald G. DeWald, Esq.
Lipshultz & Hone, Chartered
8630 Fenton Street
Suite 108 - Montgomery Center
Silver Spring, MD 20910

U.S. Trustee
115 S. Union St., Suite 210
Alexandria, VA 22314


	/s/ Kevin R. McCarthy
	Kevin R. McCarthy