UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | : |
| | : |
| **PHILIP WAYNE DORTON,** | : |
| | : |
| Debtor(s). | : |
| | : |
| **KEVIN R. McCARTHY, TRUSTEE,** | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Case No. 05-1409 (GK) |
| | : |
| **BMW BANK OF NORTH AMERICA,** | : |
| | : |
| Appellee. | : |

# ORDER

Upon consideration of the Trustee's Supplemental Response to the Court's Order Dated March 10, 2008, stating that this case may now be dismissed, it is this 4th day of June, 2008, hereby

**ORDERED**, that this case is hereby **dismissed**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**